IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| D. James Phillippi, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 2:07-cv-0916 |
| Jim Phillippi, Inc., et al., | : | JUDGE HOLSCHUH |
| Defendants, | : | |
| and | : | |
| Jim Phillippi, Inc., et al., | : | |
| Plaintiffs, | : | |
| v. | : | Case No. 2:07-cv-1001 |
| D. James Phillippi, et al., | : | JUDGE SMITH |
| Defendants. | : | |

ORDER

Upon motion of the parties, and upon a finding that the standards for consolidation set forth in Fed.R.Civ.P. 42(a) have been satisfied, the Court consolidates Civil Actions 2:07-cv-916 and 2:07-cv-1001.  The cases are consolidated before Judge Holschuh and Magistrate Judge Kemp, who are assigned to the earlier-filed action.

/s/ Terence P. Kemp
United States Magistrate Judge